```
SAMUEL J. STEINER
Bankruptcy Judge
U.S. Courthouse
700 Stewart Street
Seattle, WA  98101
(206) 370-5300
```

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re ) | |
| ) | NO. 09-16961 |
|     MARK E. MUENKER, ) | |
|                  Debtor, ) | ADVERSARY NO.  A10-01027 |
| ) | |
|     MARK E. MUENKER, ) | |
|                 Plaintiff, ) | |
|         vs. ) | |
| ) | |
|     UNITED STATES DEPARTMENT OF   ) | |
|     EDUCATION and/or its successors) | |
|     and assigns, and UNITED STATES ) | |
|     DEPARTMENT OF HEALTH AND       ) | |
|     HUMAN SERVICES and/or its      ) | |
|     successors and assigns,        ) | ORDER ON |
|                  Defendants, ) | PRETRIAL CONFERENCE |

As a result of a pretrial conference held on April 23, 2010, before the undersigned Bankruptcy Judge of the above entitled Court, it is hereby

ORDERED as follows:

1. Any objections to proposed exhibits are to be served and filed at least ten days prior to trial. If no such objections are timely filed, all offered exhibits will be admitted. Briefs are to be served and filed five days prior to the date of trial.

2. The trial in this cause will commence on **February 7, 2011,** at the hour of 9:30 o'clock A.M., U.S. Courthouse, Room 8206, 700 Stewart Street, Seattle, Washington.

*/s/ Samuel J. Steiner*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

ORDER ON
PRETRIAL CONFERENCE